IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Mississippi
Northern DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR - 9 2017
ARTHUR JOHNSTON
BY ______ DEPUTY

Darrell Carter #39370

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

(1) Kroger
(2) Hinds County Sheriff's Dept. (Deputy Representative)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 3:17cv158-TSL-RHW
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No
*(check one)*

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Darrell Carter #39370 (D.C)

All other names by which you have been known:
D.C

ID Number: 39370

Current Institution: C.M.C.F

Address: P.O. Box 88550 1-A yard B-bldg B-Zone Bed 41
Pearl, Ms 39208

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Kroger

Job or Title (if known): Grocery Store

Shield Number:

Employer:

Address: I-55 North (Frontage Rd)
Jackson, Ms

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name: Deputy who arrested Darrell Carter on 1-20-17 at Kroger on I-55 North / Representative of Hinds County Sheriff's Department

Job or Title (if known): Deputy / Sheriff Department

Shield Number: ____________________

Employer: Hinds County Sheriff Department

Address: 1450 County Farm Road
Raymond, Ms 39154

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name: ____________________

Job or Title (if known): ____________________

Shield Number: ____________________

Employer: ____________________

Address: ____________________

____________________

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name: ____________________

Job or Title (if known): ____________________

Shield Number: ____________________

Employer: ____________________

Address: ____________________

____________________

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Being falsely arrested. Being discriminated against
Being profiled/Publicly humiliated

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I was in kroger shopping for food and of all the people in the store on that morning I was singled out as someone violating the law when I was not

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☑ Other *(explain)* on violation

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Events took place at Kroger on I-55 in Jackson Ms.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Events occurred on 1-20-17 at approx. 9:00 Am

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was in Kroger shopping for food. I forgot my wallet. I placed the shopping Cart containing the food I was planning on buying at the cash register and attempted to go to the vehicle I was driving to

get my money. I was approached by the manager on duty to whom I explained this to. He proceed to follow me out the store where he hailed a deputy and I was arrested. The deputy accompanied the manager back into the store where he was supposed to get some clarity about the situation. The deputy returned shortly and took me to jail.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Only emotional and Mental stress.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The relief I am seeking in this case is a cash settlement in the amount of $ 1,000,000.00 If the court deems necessary the amount be more than whatever the court feels the respectful amount to be. $1,000,000.00 from Kroger and $ 1,000,000.00 from Hinds County Sheriff Dept.

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_______________________________________________

_______________________________________________

_______________________________________________

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_______________________________________________

_______________________________________________

_______________________________________________

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

2. What did you claim in your grievance?

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

3. What was the result, if any?

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

I did not file a grievance because this is not an institutional matter. It took place outside the institution while I was not yet in custody of M.D.O.C.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

**VIII. Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

______________________________________________

______________________________________________

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ______________________________

   Defendant(s) ______________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ______________________________________________

3. Docket or index number

   ______________________________________________

4. Name of Judge assigned to your case

   ______________________________________________

5. Approximate date of filing lawsuit

   ______________________________________________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. ____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

________________________________________

________________________________________

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) ________________________________

Defendant(s) ________________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

________________________________________

________________________________________

3. Docket or index number

________________________________________

4. Name of Judge assigned to your case

________________________________________

5. Approximate date of filing lawsuit

________________________________________

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. ____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

________________________________________

________________________________________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 6, 2017

Signature of Plaintiff Darrell Carter

Printed Name of Plaintiff Darrell Carter

Prison Identification # 39370

Prison Address C.M.C.F. 1-A yard B-bldg B-Zone Bed-41

Pearl MS 39208

City State Zip Code

### B. For Attorneys

Date of signing: __________, 20__.

Signature of Attorney ____________________

Printed Name of Attorney ____________________

Bar Number ____________________

Name of Law Firm ____________________

Address ______________________________

Telephone Number ______________________________

E-mail Address ______________________________